# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Grievance Committee of US District Courtt**

*Plaintiff*

v.

**Scott Garver**

*Defendant*

Case No. 3:19--gp-0001(VAB)

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Scott Garver, pro se**

Date: May 03, 2019

*Attorney's signature*

**Scott Garver  ct06059**

*Printed name and bar number*

**315 Little Fawn Rd**
**Southington, CT 06489**

*Address*

**scottg5@cox.net**

*E-mail address*

**860-518-3039**

*Telephone number*

**860-426-1674**

*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 03, 2019, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Jennifer Willcox, Esq**
**Vice President, Legal Services**
**Yale New Haven Health System**
**789 Howard Ave CB 2309**
**New Haven, CT 06519**

_Attorney's signature_