UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



GRIEVANCE COMMTTEE OF THE

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT            NO 3:19-GP-0001(VAB)

VS.

SCOTT GARVER                                MAY 3, 2019

## ANSWER TO PRESENTMENT

Scott Garver, the Respondent answers the Presentment dated April 1, 2019 and states:

1. Paragraphs 1-3 are admitted.
2. He consents to the reciprocal State Discipline of a suspension of 60 days commencing on November 1, 2018.

Dated at Southington, Connecticut this 3rd day May 3, 2019.

Scott Garver, Respondent

By _/s/ Scott Garver_

Scott Garver

315 Little Fawn Road

Southington, CT 06489

860-518-3039

Fax 860-426-1674

Email: scottg5@cox.net

## SERVICE CERTIFICATION

I certify that on this 3rd day of May, 2019 I have mailed a copy of the forgoing to:

Jennifer Willcox, Esq,

Vice President, Legal Services

Yale New Haven Health System

789 Howard Ave CB 2309

New Haven, CT 06519

Scott Garver, Esq.